JOYCE M. MCDONALD, Respondent, v ROBERT C. MCDONALD, Appellant. (Appeal No. 2.) [691 NYS2d 370] —Order unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for fur-

ther proceedings in accordance with the same Memorandum as in *McDonald v McDonald* ([appeal No. 1] 262 AD2d 1028 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Matrimonial.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ.